STATE v. LIDA MAE WATKINS, CELIA ANN PURCELL, JAMES
EDWARD STURDIVANT AND LOUVENIA WALLACE.

(Filed 5 June, 1947.)

APPEAL by defendants from *Rousseau, J.,* at November Term, 1946, of
FORSYTH.

Criminal prosecutions on warrants charging (1) the defendant, Lida
Mae Watkins, in three warrants with assaults and in another with resist-
ing an officer; (2) the defendant, Celia Ann Purcell, with assault; (3)
the defendant, James Edward Sturdivant, he being a man over eighteen
years of age, with assault on a female; and (4) the defendant, Louvenia
Wallace, with assault, all tried originally in the Municipal Court of the
City of Winston-Salem and again *de novo* on appeal to the Superior
Court of Forsyth County. In the Superior Court the seven cases were
consolidated and tried together.

Verdict: Guilty as to each of the defendants.

Judgments: Lida Mae Watkins, 12 months imprisonment in three
cases, 15 months in the other, and to be assigned to work—all sentences
to run concurrently; Celia Ann Purcell, 12 months imprisonment and to
be assigned to work; James Edward Sturdivant, 12 months on the roads
and suspended sentence in a prior case ordered into effect; Louvenia
Wallace, 30 days in jail.

From these judgments, the defendants appeal, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton,
Rhodes, and Moody for the State.*
*William Reid Dalton for defendants.*

PER CURIAM. The facts of this record, in so far as they relate to
alleged jury defect and bias, are practically identical with those appear-
ing in *S. v. Essie King, ante,* 559, herewith decided. The conclusions
there are controlling here. That case and this one are based on the
rulings in the *Koritz Case, ante,* 552, herewith decided.

No error.